DANIEL J. BRODERICK, #89424
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
OSCAR SOLORZANO-COTO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> OSCAR SOLORZANO-COTO, <br><br> *Defendant.* | No. 1:09-cr-0251 AWI <br><br> STIPULATION CONTINUING STATUS CONFERENCE; ORDER THEREON <br><br> Date: April 5, 2010 <br> Time: 9:00 a.m. <br> Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Ian Garriques, Counsel for Plaintiff, and Assistant Federal Defender Victor M. Chavez, Counsel for Defendant Oscar Solorzano-Coto, that the status conference currently set for March 22, 2010 at 9:00 a.m. **may be continued to April 5, 2010, at 9:00 a.m.**

This stipulation is entered into at the defendant's request because additional time is needed for investigation and plea negotiations. Assistant United States Attorney, Ian Garriques, does not oppose this continuance.

This continuance will conserve time and resources for both parties and the court.

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(ii), (iv).

                                              BENJAMIN B. WAGNER
                                              United States Attorney

DATED: March 18, 2010                    By: /s/ *Ian Garriques*
                                                 IAN GARRIQUES
                                                 Assistant United States Attorney
                                                 Counsel for Plaintiff

                                              DANIEL J. BRODERICK
                                              Federal Defender

DATED: March 18, 2010                    By: /s/ *Victor M. Chavez*
                                                 VICTOR M. CHAVEZ
                                                 Assistant Federal Defender
                                                 Attorney for Defendant
                                                 Oscar Solorzano-Coto

## ORDER

IT IS SO ORDERED.

**Dated:   March 18, 2010**                    **/s/ Anthony W. Ishii**
                                                 CHIEF UNITED STATES DISTRICT JUDGE